UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:21-cv-22656-JLK/Becerra

MICHAEL HERNANDEZ,

    Plaintiff,

v.

MIAMI-DADE COUNTY,
MIAMI-DADE POLICE DEPARTMENT,
and PETE A. TAYLOR,

    Defendants.

_____/

**ORDER AFFIRMING REPORT AND
RECOMMENDATION ON DEFENDANT TAYLOR'S MOTIONS TO DISMISS**

THIS CAUSE comes before the Court upon Magistrate Judge Jacqueline Becerra's May 31, 2022 Report & Recommendation (R&R) (DE 24). Defendant Taylor's Motion to Dismiss (DE 12) (the "Motion"). The Motion was referred to Magistrate Judge Becerra on October 25, 2022, for a Report and Recommendation. DE 17. No objections were filed and the time to do so has passed.

After a thorough review of the record, and consideration of the R&R, the Court concludes that the R&R is well-reasoned and accurately states the facts and law of the case.

Accordingly, it is **ORDERED, ADJUDGED, and DECREED** as follows:

1. Magistrate Judge Jacqueline Becerra's May 31, 2022 Report & Recommendation **(DE 24)** be, and the same is, hereby **AFFIRMED and ADOPTED** as an Order of this Court,

2. Defendant Taylor's Motion to Dismiss **(DE 12)** be, and the same is, hereby **GRANTED IN PART AND DENIED IN PART**,

3. Counts V and VI of the Complaint be, and the same is, hereby **DISMISSED with prejudice**, and

4. Defendant Taylor **SHALL FILE** an Answer within **twenty (20) days** of the date of this order.

**DONE** and **ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 17th of June, 2022.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: **Magistrate Judge Jacqueline Becerra**
**All counsel of record**